IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Estelle, Yvette M

Printed: 03/10/09

Case Number: 04 B 08572
Judge: Squires, John H
Filed: 3/4/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: March 9, 2009
Confirmed: June 2, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 40,162.78 |  |
| Secured: |  | 15,697.66 |
| Unsecured: |  | 20,419.77 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,950.00 |
| Trustee Fee: |  | 2,095.35 |
| Other Funds: |  | 0.00 |
| Totals: | 40,162.78 | 40,162.78 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 1,950.00 | 1,950.00 |
| 2. | Chase Manhattan Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | American Airlines Credit Union | Secured | 12,461.41 | 12,461.41 |
| 4. | Chase Manhattan Mortgage Corp | Secured | 4,168.93 | 3,236.25 |
| 5. | Capital One | Unsecured | 2,865.66 | 2,865.66 |
| 6. | Aspire Visa | Unsecured | 822.48 | 822.48 |
| 7. | American Express Centurion | Unsecured | 1,636.29 | 1,636.29 |
| 8. | American Airlines Credit Union | Unsecured | 2,039.11 | 2,039.11 |
| 9. | Sallie Mae | Unsecured | 8,199.63 | 8,199.63 |
| 10. | Capital One | Unsecured | 960.62 | 960.62 |
| 11. | American Express Centurion | Unsecured | 413.46 | 413.46 |
| 12. | Capital One | Unsecured | 831.65 | 831.65 |
| 13. | American Express Travel Relate | Unsecured | 2,454.80 | 2,454.80 |
| 14. | Capital One | Unsecured | 196.07 | 196.07 |
|  |  |  | $ 39,000.11 | $ 38,067.43 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Estelle, Yvette M | Case Number: 04 B 08572 |
| | Judge: Squires, John H |
| Printed: 03/10/09 | Filed: 3/4/04 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 180.00 |
| 6.5% | 348.50 |
| 3% | 81.00 |
| 5.5% | 296.22 |
| 5% | 26.99 |
| 4.8% | 233.98 |
| 5.4% | 719.94 |
| 6.6% | 208.72 |
| | $ 2,095.35 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

